# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

FREDERICK BANKS                                                                          PLAINTIFF
ADC #05711-068

v.                                    NO. 2:12CV00139 JLH/HDY

T.C. OUTLAW, Warden,
FCI–Forrest City                                                                         DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 19th day of July, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE